CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 15 2015

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

United States of America )
v. )
SONIA JOAN ANDERSON ) Case No: 4:09CR00034-001
) USM No: 20985-058
Date of Previous Judgment: 05/21/2010 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

Amended   **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  78  months **is reduced to**  65 months*  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  26                Amended Offense Level:  24
Criminal History Category:  III            Criminal History Category:  III
Previous Guideline Range:  78 to 97 months   Amended Guideline Range:  63 to 78 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
*Defendant is sentenced to 65 months, but not less than time served. Defendant's sentence consists of fifty-nine (59) months on Count 3 and six (6) months on Count 4, to be served consecutively.

Except as provided above, all provisions of the judgment dated  05/21/2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  4/15/2015                              /s/ Jackson L. Kiser
                                                    Judge's signature

Effective Date:  11/01/2015                         Hon. Jackson L. Kiser, Senior U.S. District Judge
          (if different from order date)            Printed name and title